# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| Florence M. Guillory | |
| Debtor. | Case No. 24-11417-AMC |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Clearview Federal Credit Union ("Clearview") has filed the *Motion of Clearview Federal Credit Union for Relief from the Automatic Stay to Exercise Setoff Rights* (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then **on or before June 28, 2024**, you or your attorney must do <u>all</u> of the following:

   a. File an answer explaining your position. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must mail your answer to the bankruptcy clerk's office for filing early enough so that it will be received on or before the date stated above to:

      Clerk
      United States Bankruptcy Court
      for the Eastern District of Pennsylvania
      Robert N.C. Nix Building, Suite 400
      900 Market Street
      Philadelphia, PA 19107

   b. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to Clearview's attorney:

      Josef W. Mintz
      Jordan L. Williams
      Blank Rome LLP
      One Logan Square
      130 N. 18th Street
      Philadelphia, PA 19103

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **July 10, 2024 at 12:30 PM in Courtroom #4**. United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

6. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response

Dated: June 14, 2024

**BLANK ROME LLP**

*/s/ Josef W. Mintz*
Josef W. Mintz (PA No. 208856)
Jordan L. Williams (PA No. 330461)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone:     (215) 569-5500
Facsimile:     (215) 569-5555
Josef.Mintz@BlankRome.com
Jordan.Williams@BlankRome.com

*Counsel to Clearview Federal Credit Union*