United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11417-amc |
| Florence M. Guillory | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 17, 2024 | Form ID: 232 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Florence M. Guillory, 504 S Lansdowne Ave B10, Lansdowne, PA 19050-2415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2024           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:

**Name**              **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Summit Mortgage Corporation bkgroup@kmllawgroup.com

JOSEF W MINTZ
    on behalf of Creditor Clearview Federal Credit Union mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com

MICHAEL A. CIBIK
    on behalf of Debtor Florence M. Guillory help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Plaintiff Florence M. Guillory help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT W. SEITZER
    rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 17, 2024 | Form ID: 232 | Total Noticed: 1

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Florence M. Guillory

    Debtor(s)                 Bankruptcy No: 24−11417−amc

Chapter: 7

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

has filed with the court.

1. <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before  you or your attorney must file a response to the Motion. (*see Filing Instructions below*).

3. A hearing on the Motion is scheduled to be held on 7/10/24 , at 12:30 PM in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408− 2800 and for Reading cases at 610−208−5040 to find out  whether the hearing  has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the movant whose name and address is listed on this Notice.

<u>Filing Instructions</u>

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005−1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:
United States Bankruptcy Court
Please select the Office Location

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant:

[Movant name]

[Address]

[Phone No.]

[Fax No.]

[E−mail address]

[If applicable, name and address of others to be served.]

Dated: 6/17/24

16 − 15
Form 232