**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Florence M. Guillory<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11417-AMC |

**CERTIFICATION OF NO OBJECTION TO**
**MOTION OF CLEARVIEW FEDERAL CREDIT UNION FOR RELIEF FROM THE**
**AUTOMATIC STAY TO EXERCISE SETOFF RIGHTS**

**TO: THE HONORABLE ASHELY M. CHAN,**
  **United States Bankruptcy Judge**

I, Josef W. Mintz, Esq., counsel to Clearview Federal Credit Union ("Clearview") hereby certify that:

1. On June 14, 2024, a copy of the *Motion of Clearview Federal Credit Union for Relief from the Automatic Stay to Exercise Setoff Rights* (the "Motion") [Docket No. 15] and the Notice of the Motion [Docket No. 16] were served by counsel to Clearview on the Debtor, counsel to the Debtor, and the Chapter 7 Trustee, in the manner set forth in the Certificates of Service at Docket No. 15, as well as by the Court's CM/ECF system.

2. As of the date hereof, no answer, objection or other responsive pleading to the Motion has been served or filed, and the time for serving and filing any such answer, objection or other responsive pleading has expired.

*[Remainder of page intentionally left blank]*

**WHEREFORE,** Clearview, respectfully requests that the Motion be granted.

Dated: July 5, 2024                               **BLANK ROME LLP**

<u>/s/ Josef W. Mintz</u>
Josef W. Mintz (PA No. 208856)
Jordan L. Williams (PA No. 330461)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone:(215)-569-5500
Facsimile:(215-569-5555
Josef.Mintz@BlankRome.com
Jordan.Williams@BlankRome.com

*Counsel to Clearview Federal Credit Union*