# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Florence M. Guillory<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11417-AMC |

## ORDER

**AND NOW**, this <u>11th</u> day of <u>July</u>, 2024, this matter having come before the Court on the motion (the "Motion")[1] of Clearview Federal Credit Union ("Clearview") for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 553(a) to effectuate a setoff against Debtor, it is HEREBY ORDERED that

1. The Motion is GRANTED; and

2. The automatic stay imposed pursuant to section 362(d) of the Bankruptcy Code is hereby terminated, in part, to allow Clearview to setoff the obligations owed by Debtor to Clearview pursuant to the Loan and Security Agreement against all cash in the Accounts held by Clearview.

_____
United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.