United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11417-amc |
| Florence M. Guillory | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Florence M. Guillory, 504 S Lansdowne Ave B10, Lansdowne, PA 19050-2415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

**Name**   **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor Summit Mortgage Corporation bkgroup@kmllawgroup.com

JOSEF W MINTZ
     on behalf of Defendant Clearview Federal Credit Union mintz@blankrome.com  ecf-fe4957a0ba6a@ecf.pacerpro.com

JOSEF W MINTZ
     on behalf of Creditor Clearview Federal Credit Union mintz@blankrome.com  ecf-fe4957a0ba6a@ecf.pacerpro.com

MICHAEL A. CIBIK
     on behalf of Debtor Florence M. Guillory help@cibiklaw.com
     noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
     on behalf of Plaintiff Florence M. Guillory help@cibiklaw.com
     noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT W. SEITZER
    rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| Florence M. Guillory | Case No. 24-11417-AMC |
| Debtor. | |

ORDER

AND NOW, this __11th__ day of __July__, 2024, this matter having come before the Court on the motion (the "Motion")[1] of Clearview Federal Credit Union ("Clearview") for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 553(a) to effectuate a setoff against Debtor, it is HEREBY ORDERED that

1. The Motion is GRANTED; and

2. The automatic stay imposed pursuant to section 362(d) of the Bankruptcy Code is hereby terminated, in part, to allow Clearview to setoff the obligations owed by Debtor to Clearview pursuant to the Loan and Security Agreement against all cash in the Accounts held by Clearview.

_____
United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.