United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Florence M. Guillory  
Debtor

Case No. 24-11417-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3  
Date Rcvd: Aug 09, 2024   Form ID: 318   Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Florence M. Guillory, 504 S Lansdowne Ave B10, Lansdowne, PA 19050-2415 |
| 14878061 | | Clearview Federal Cu, 1453 Beers School, Coraopolis, PA 15108 |
| 14878075 | | Ramika Guillory, 2227 Green St, Chester, PA 19013-1416 |
| 14878077 | | Summit Home Mortgage, LLC, 221 S Drake Rd, Kalamazoo, MI 49009-1109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 10 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 10 2024 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14878051 | | Email/Text: bankruptcy@aacreditunion.org | Aug 10 2024 00:17:00 | American Airlines FCU, Attn: Bankruptcy, P.O. Box 619001 MD 2100, DEW Airport, TX 75261-9001 |
| 14878050 | + | EDI: GMACFS.COM | Aug 10 2024 04:12:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14878052 | | EDI: TSYS2 | Aug 10 2024 04:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14878053 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 10 2024 00:22:09 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 14878054 | + | EDI: CAPITALONE.COM | Aug 10 2024 04:12:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14878055 | | EDI: CAPITALONE.COM | Aug 10 2024 04:12:00 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14878057 | | Email/Text: bankruptcycollections@citadelbanking.com | Aug 10 2024 00:18:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14878058 | | EDI: CITICORP | Aug 10 2024 04:12:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14878059 | | EDI: CITICORP | Aug 10 2024 04:12:00 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14878060 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 10 2024 00:18:00 | Clearview FCU, Attn: Bankruptcy 8805 University |

| District/off: 0313-2 | User: admin | | Page 2 of 3 |
|---|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: 318 | | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd, Moon Twp, PA 15108-4212 |
| 14878062 | + | EDI: WFNNB.COM | Aug 10 2024 04:12:00 | ComenityBank/Venus, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14878063 | + | EDI: WFNNB.COM | Aug 10 2024 04:12:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14878068 | | EDI: CITICORP | Aug 10 2024 04:12:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14878064 | + | EDI: BLUESTEM | Aug 10 2024 04:12:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14878065 | | EDI: IRS.COM | Aug 10 2024 04:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14878056 | | EDI: JPMORGANCHASE | Aug 10 2024 04:12:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14878066 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 10 2024 00:17:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14878067 | + | EDI: LENDNGCLUB | Aug 10 2024 04:12:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-2802 |
| 14878069 | + | EDI: AGFINANCE.COM | Aug 10 2024 04:12:00 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14878070 | | EDI: AGFINANCE.COM | Aug 10 2024 04:12:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14878071 | | Email/Text: fesbank@attorneygeneral.gov | Aug 10 2024 00:17:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14878072 | | EDI: PENNDEPTREV | Aug 10 2024 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14878072 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14878073 | ^ | MEBN | Aug 10 2024 00:06:54 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14878074 | ^ | MEBN | Aug 10 2024 00:06:37 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 14878078 | | EDI: SYNC | Aug 10 2024 04:12:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14878079 | + | EDI: SYNC | Aug 10 2024 04:12:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14878080 | + | EDI: WTRRNBANK.COM | Aug 10 2024 04:12:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14878081 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 10 2024 00:18:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14878082 | ^ | MEBN | Aug 10 2024 00:06:40 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14878083 | | EDI: CAPITALONE.COM | Aug 10 2024 04:12:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14878084 | + | EDI: WFFC2 | Aug 10 2024 04:12:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14878076 | * | Ramika Guillory, 2227 Green St, Chester, PA 19013-1416 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Summit Mortgage Corporation bkgroup@kmllawgroup.com |
| JOSEF W MINTZ | on behalf of Defendant Clearview Federal Credit Union mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com |
| JOSEF W MINTZ | on behalf of Creditor Clearview Federal Credit Union mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com |
| MICHAEL A. CIBIK | on behalf of Debtor Florence M. Guillory help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Florence M. Guillory help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Florence M. Guillory<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8169<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–11417–amc | |

# Order of Discharge                                                                                             12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Florence M. Guillory

8/8/24                                                                   **By the court:**   Ashely M. Chan
                                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                               **Order of Discharge**                                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**